## BEATTIE ET AL. *v.* KIMBLE.

[No. 12,467.   Filed January 27, 1926.   Rehearing denied March 11, 1926.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Warren Beattie and others and Lester Dean Kimble.  From the award made therein, the former appeal.  *Reversed.*  By the court in banc.

*Elmer E. Stevenson* and *R. E. Howe,* for appellants.
*Holman, Bernetha & Miller,* for appellee.

THOMPSON, J.—Reversed, on authority of *In re Industrial Board* (1923), 79 Ind. App. 669, 139 N. E. 387, and *In re Stoner* (1920), 74 Ind. App. 324, 128 N. E. 938.

---

## HOOSIER CONDENSED MILK COMPANY *v.* AMERICAN RAILWAY EXPRESS COMPANY.

[No. 12,352.   Filed May 12, 1926.]

From the Wells Circuit Court; *Frank W. Gordon,* Judge.

Action between the Hoosier Condensed Milk Company and the American Railway Express Company.  From the judgment rendered, the former appeals.  *Affirmed.*  By the court in banc.

*Edwin C. Vaughn* and *John F. Decker,* for appellant.
*Abram Simmons, Charles G. Dailey* and *Virgil M. Simmons,* for appellee.

PER CURIAM.—Affirmed.

---

## LOVELAND ET AL. *v.* WATSON PLUMBING COMPANY ET AL.

[No. 12,425.   Filed May 13, 1926.]

From Newton Circuit Court; *George A. Williams,* Judge.

Action between Theodore O. Loveland and another and the Watson Plumbing Company and another.  From the judgment rendered, the former appeal.  *Affirmed.*  By the court in banc.

*D. D. Dean* and *John A. Dunlap,* for appellants.
*Hanley, & Hanley,* for appellees.

PER CURIAM.—Judgment affirmed.